IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OMAR ROWE,

        Petitioner,                      No. 2:13-cv-0220 AC P

    vs.

PAUL COPENHAVER,

        Respondent.                  ORDER

_____/

        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  In his application, petitioner challenges the Bureau of Prisons' computation of his pre-trial and post-sentencing time credits.  Petitioner is confined in Merced County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

////

1        Good cause appearing, IT IS HEREBY ORDERED that:

2        1. This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4        3. All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6        United States District Court
           Eastern District of California
7        2500 Tulare Street
           Fresno, CA 93721

8

9 DATED: February 11, 2013.

10

11                           /s/ Allison Claire
                             ALLISON CLAIRE
12                           UNITED STATES MAGISTRATE JUDGE

13 AC:009/kly
    rowe0220.109

14

15

16

17

18

19

20

21

22

23

24

25

26